AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP - 2 2016

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|
| | McALLEN DIVISION | David J. Bradley, Clerk |

UNITED STATES OF AMERICA
V.
Ismael Hernandez-Torres

**CRIMINAL COMPLAINT**

Case Number: M-16-1638-M

IAE   YOB:   1976
the United Mexican States
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 1, 2016__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Ismael Hernandez-Torres was encountered by Border Patrol Agents near Hidalgo, Texas on September 01, 2016. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on September 01, 2016, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on June 24, 2016, through San Ysidro, California. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 18, 2014, the defendant was convicted of 8 USC 1326 Illegal Re-Entry and sentenced to twenty-seven (27) months confinement.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,
September 02, 2016                                          Francisco Armendariz   Senior Patrol Agent

Peter E. Ormsby         , U.S. Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer